

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-19-00788-CR

Frank Coty **FALZON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3240
Honorable Ron Rangel, Judge Presiding

## O R D E R

Appellant's motion for extension of time is GRANTED. We ORDER appellant to file his brief on or before April 24, 2020. No further extensions will be granted.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court